**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA,

      v.

No. 3:15-cv-79 (SRU)

JPMORGAN CHASE & CO.,
    Defendant.

**ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION**
**PURSUANT TO 18 U.S.C. § 3771(d)(2)**

On this date, the Court considered the Motion to Authorize Alternative Victim

Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States.  Having

considered the Motion and for good cause shown, the Court **GRANTS** the Motion and

**ORDERS** that for any public court proceeding involving the crime charged in the Information,

the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims

through its website, http://wwwjustice.gov/atr/victim/vrhearings.htm, and through letters to lead

counsel for the plaintiffs in the following lawsuits, rather than through individual notices to the

crime victims.  *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789

(LGS); *Taylor v. Bank of America Corp.*, 15 Civ. 1350 (LGS) (SDNY); *Sterk v. Bank of America*

*Corp.*, l5 Civ. 2705 (LGS) (SDNY).

       **IT IS SO ORDERED.**

Dated at Bridgeport, Connecticut, this 22nd day of September, 2015.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge